UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 18-23494-Civ-COOKE/GOODMAN**

DANIEL MURIAS, individually and on behalf of all
others similarly situated,

    Plaintiff,

vs.

KURZ REAL ESTATE CORPORATION,
a Florida Profit Corporation,

    Defendant.
_____/

**ORDER OF DISMISSAL**

THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* Notice of Dismissal with Prejudice (ECF No. 7). The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 16th day of April 2019.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*